UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT JOSEPH LEON,

    Plaintiff,

v.

NORM MALENG, et al,

    Defendants.

No. C07-462 MJP

ORDER OF DISMISSAL

This matter comes before the Court on a report and recommendation by the Honorable Mary Alice Theiler, United States Magistrate Judge, regarding Petitioner Robert Joseph Leon's civil rights complaint under 42 U.S.C. § 1983. (Dkt. No. 7.) Having reviewed the report and recommendation (Dkt. No. 16), Plaintiff's objections (Dkt. No. 18), and the balance of the record, the Court finds and ORDERS as follows:

(1) The Court agrees with Judge Theiler's recommendation that the complaint should be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii) because the Plaintiff has failed to identify defendants who are not immune from liability under § 1983.

(2) Plaintiff's objections do not answer the Court's Order to Show Cause (Dkt. No. 13) and do not provide the Court with any reason why his action should not be dismissed.



ORDER - 1

07-CV-00462-ORD

1  (3)  For these reasons, the Court ADOPTS the report and recommendation by Judge Theiler. Plaintiff's complaint (Dkt. No. 7), and this action, are DISMISSED with prejudice pursuant to 28 U.S.C § 1915(e)(2)(B)(iii).

(4)  The Clerk is directed to send copies of this order to Plaintiff, to all counsel of record, and to the Honorable Mary Alice Theiler.

Dated:  November 14, 2007.

/s/ Marsha J. Pechman
Marsha J. Pechman
United States District Judge

ORDER - 2